IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER A. CAPLES,

    Plaintiff,   No. CIV S-05-1045 DFL PAN P

  vs.

JUBBS, et al.,

    Defendants.   ORDER
_____/

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed June 16, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

    The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants: Kernan, Vance, Jubbs, Moreland, and Borges.

/////

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed July 13, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Six copies of the endorsed amended complaint filed July 13, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: March 21, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
capl1045.1amd

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER A. CAPLES,

      Plaintiff,                      No. CIV S-05-1045 DFL PAN P

     vs.

JUBBS, et al.,                      NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __5__    completed USM-285 forms

      __6__    copies of the July 13, 2005 Amended Complaint

DATED:

_____
Plaintiff